IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TRACY ANDERSON,

                Plaintiff,                        ORDER

   v.

                                                 13-cv-627-wmc

WARDEN WILLIAM POLLARD *et al.*,

                Defendants.

---

      On July 28, 2014, plaintiff Tracy Anderson filed a motion to compel defendants' production of certain copies that he requested and paid for, but apparently did not receive (dkt. #33).  Defendants respond, through an affidavit from Health Service Manager Belinda Schrubbe, that Anderson has written to the Health Services Unit ("HSU") claiming to have received incorrect copies; that HSU responded the next day informing him he would be rescheduled to review his file; and that the review was accordingly scheduled for August 5, 2014.  Anderson filed no reply.  It appears, then, that his motion to compel may be moot, since that review has presumably taken place.  Accordingly, his motion to compel is DENIED without prejudice.  Regardless, if that review did not in fact occur through no fault of Anderson and he still has not received the copies he requested, he should so advise the court in writing within seven (7) days, specifying which documents he requested and paid for, but has still not received, which the court will treat as a motion to reconsider. Defendants may then have seven (7) days to respond.

      Entered this 16th day of September, 2014.

                                                  BY THE COURT:
                                                  /s/
                                                  WILLIAM M. CONLEY
                                                  District Judge